United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHARA GARRETT, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00154 |
| HOOTERS OF AMERICA, LLC, | § § § | |
| Defendant. | § | |

## ORDER

  Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 5, 2022 (Doc. #21) and Plaintiff Shara Garrett's Objections (Doc. #23).[1] The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

  It is so ORDERED.

FEB 0 3 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] Plaintiff's motion for Extension of Time to File Objections is hereby GRANTED.